**United States District Court**
For the Northern District of California

1

2

3

4

5 IN THE UNITED STATES DISTRICT COURT

6 FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8 MKA REAL ESTATE QUALIFIED FUND I,     No.  CV 13-03843 CRB
LLC.,

9                Plaintiff,                **ORDER**

10

11    v.

12 GOTTEX FUND MANAGEMENT, LTD.,

13               Defendant.
                                            /

14

15 GOOD CAUSE APPEARING THEREFOR,

16       IT IS ORDERED that this case is reassigned to the **Honorable William H. Orrick** in the

17 **San Francisco division** for all further proceedings. Counsel are instructed that all future filings shall

18 bear the **initials WHO** immediately after the case number. All hearing dates presently scheduled are

19 vacated and motions should be renoticed for hearing before the judge to whom the case has been

20 reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a

21 magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed

22 for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R.

23 Civ. P. 72(b).

24

25                                     FOR THE EXECUTIVE COMMITTEE:

26

27 Dated:  September 6, 2013

                                      Richard W. Wieking
rev 4-12                               Clerk of Court

28